IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Jamie Jimenez, | ) | Civil Action No. 5:13-376-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, by her undersigned attorney, William N. Nettles, United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistance United States Attorney for said district, has moved this Court pursuant to 42 U.S.C. § 405(g), to enter judgment with an order of reversal with remand of the cause to the Commissioner for purposes of conducting a de novo hearing.  Upon consideration of Defendant's Motion for Entry of Judgment with Order of Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), the Court hereby **REVERSES** the Commissioner's decision in this matter pursuant to sentence four of 42 U.S.C. § 405(g), and **REMANDS** the cause to the Defendant for further administrative proceedings as set forth below.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).[1]

Upon remand by the Court, the Appeals Council will direct that an administrative law judge (ALJ) further evaluate the Plaintiff's physical impairment of ovarian cysts and gastroesophageal reflux; further consider whether the Plaintiff's impairments, singly or in combination, meet or equal

---

[1] The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

one of the listed impairments; further evaluate the Plaintiff's maximum residual functional capacity, and in so doing, further evaluate the medical and other opinions of record, explaining the reasons for the weight given to these opinions; and, if warranted, obtain supplemental vocational expert evidence to identify the existence of a significant number of jobs that the Plaintiff can perform.  The Appeals Council will recommend that a new decision is issued based on the total record.

    AND IT IS SO ORDERED.

                                                  s/R. Bryan Harwell
                                                  R. Bryan Harwell
                                                  United States District Judge

December 17, 2013.